IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:15CR171 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| KENNETH R. CARUFEL, | |
| Defendant. | |

This matter is before the court on the government's motion for reconsideration of restitution, Filing No. 43. Mr. Jason E. Troia was retained counsel in this matter. *See* Filing No. 24.

IT IS ORDERED:

1. Jason E. Troia shall file a response to the government's motion within 14 days of the date of this order.

Dated this 23rd day of March, 2016.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge